1  THOMAS QUINN, L.L.P.
   Edwin B. Barnes (State Bar No. 295454)
2  219 9th Street, Second Floor
   San Francisco, CA 94103
3  Tel: (415) 546-6100
   Fax:  (415) 358-5868
4  ebarnes@thomasquinnlaw.com

5
   Attorneys for Petitioner BRIAN MACKEY
6

7

8

9           UNITED STATES DISTRICT COURT FOR THE
10             SOUTHERN DISTRICT OF CALIFORNIA
11

12 | IN RE: COMPLAINT AND PETITION    '23CV0337 JAH  MSB
13 | OF BRIAN MACKEY AS OWNER OF
14 | A CERTAIN 1990 TRIUMPH BOATS     **STIPULATION AS TO
15 | 150, 18 FOR EXONERATION FROM     VALUE OF THE VESSEL**
16 | OR LIMTIATION OF LIABILITY
17

18

19

20

21         Petitioner, BRIAN MACKEY ("Petitioner") as owner of a certain 1990
22 TRIUMPH BOATS 150, 18 (Hull Identification Number MFS00153D990, Vessel
23 Number 5360RW) ("Vessel"), by and through his attorney, Thomas Quinn, LLP
24 stipulates that the Vessel had an approximate market value of $10,000 prior to the
25 collision it was involved in on May 21, 2022.  After the collision, the Vessel was
26 forfeited to salvors and on information and belief was a total loss with little or no
27 scrap value, and with the cost of repairs and or scrapping to exceed the value of
28 the Vessel.  Notwithstanding that information and belief as to the value of the

Case 3:23-cv-00337-JAH-MSB   Document 1-2   Filed 02/21/23   PageID.10   Page 2 of 2

1  Vessel, Petitioner stipulates that the value of his interest of the lost Vessel is
2  $2,500.
3  DATED:     February 17, 2023          Respectfully submitted,
4                                        THOMAS QUINN, LLP
5
6                                        By:   */s/ Edwin B. Barnes*
7                                              Edwin B. Barnes
                                                Attorneys for Petitioner
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

- 2 -