UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: COMPLAINT AND PETITION OF BRIAN MACKEY AS OWNER OF A CERTAIN 1990 TRIUMPH BOATS 150, 18 FOR EXONERATION FROM OR LIMTIATION OF LIABILITY | Case No.: 3:23-cv-00337-JAH-MSB<br><br>**ORDER GRANTING MOTION FOR ORDER APPROVING *AD INTERIM* STIPULATION OF VALUE, DIRECTING MONITION TO ISSUE AND PUBLICATION OF NOTICE, AND RESTRAINING ALL SUITS.**<br><br>**(ECF No. 6)** |

Petitioner Brian Mackey ("Petitioner") has filed a Complaint on February 21, 2023, pursuant to 46 U.S.C. § 30501 *et seq.*, and Supplemental Admiralty Rule F, claiming the right to exoneration from, or limitation of liability for, all claims arising out of claimed incident occurring on or about May 21, 2022, in the Colorado River north of the I-10 overpass involving a certain 1990 TRIUMPH BOATS 150, 18 involving H.N. ("Decedent")[1]. Petitioner was the owner of the Vessel involved in the May 21, 2022,

---

[1] On information and belief Decedent was a minor at the time of her death and accordingly her name has been redacted as required by law.

incident. Petitioner has filed a request for approval of *ad interim* stipulation of value, directing monition to issue and publication of notice, and restraining all suits.

Upon application of Petitioner, and based on the Court's records and the relevant law, Petitioner's requests are granted.

IT IS HEREBY ORDERED that the Stipulation of Value and the Letter of Undertaking are approved. The aggregate value of Petitioner's interest in the Vessel immediately following the subject incident is alleged as worth Two Thousand and Five Hundred Dollars ($2,500), and Progressive Direct Insurance Company, as surety, pursuant to a letter of undertaking, consented and agreed to provide security for the value and costs within the meaning of Rule F(1) of the Federal Rules of Civil Procedure, Supplemental Rules of Certain Admiralty and Maritime Claims, and this Court's Local Rules.

IT IS FURTHER ORDERED that the commencement and/or further prosecution of any and all other actions, suits and/or legal proceedings of any kind in any court arising out of or connected with the events occurring on or about May 21, 2022, involving Petitioner's vessel in the Colorado River north of the I-10 overpass involving a certain 1990 TRIUMPH BOATS 150, 18, for which Petitioner's Complaint seeks exoneration or limitation of liability, are enjoined and restrained except in the present action.

**IT IS SO ORDERED.**

DATED: March 28, 2023

_____
JOHN A. HOUSTON
UNITED STATES DISTRICT JUDGE