UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: COMPLAINT AND PETITION OF BRIAN MACKEY AS OWNER OF A CERTAIN 1990 TRIUMPH BOATS 150, 18 FOR EXONERATION FROM OR LIMTIATION OF LIABILITY | Case No.:  3:23-cv-00337-JAH-MSB<br><br>**NOTICE OF COMPLAINT FOR EXONERATION FROM OR LIMITATION OF LIABILITY** |

NOTICE IS HEREBY GIVEN that Brian Mackey ("Petitioner") has filed a Complaint on February 21, 2023, pursuant to 46 U.S.C. § 30501 *et seq*., and Supplemental Admiralty Rule F, claiming the right to exoneration from, or limitation of liability for, all claims arising out of claimed incident occurring on or about May 21, 2022, in the Colorado River north of the I-10 overpass involving a certain 1990 TRIUMPH BOATS 150, 18 involving H.N. ("Decedent").  On information and belief Decedent was a minor at the time of her death and accordingly her name has been redacted as required by law.  Petitioner was the owner of the Vessel in the May 21, 2022, incident.

As provided in Supplemental Rule F(5) of the Federal Rules of Civil Procedure, all persons asserting such claims for any and all losses, expenses, damages, injury and/or death arising from the events occurring on or about May 21, 2022, with respect to which the Complaint seeks limitations, must file them as provided by Rule F of the Supplemental

Rules for Certain Admiralty and Maritime Claims ("Supplemental Rules") with the Clerk of the Court for the U.S. District Court for the Southern District of California **on or before May 5, 2023**, by electronic means as required by the Civil Local Rules, under the title of "*In Re: Complaint and Petition of Brian Mackey*", Case Number 3:23-cv-00337-JAH-MSB, pursuant to the Civil Local Rules and the Federal Rules of Civil Procedure. All persons asserting any claims are also notified to serve or mail copies of the respective claims as filed with the Court to Petitioner's attorney, Edwin Barnes, Thomas Quinn, LLP, 219 9th Street, San Francisco, California 94103, or for electronic filers, via the Court's electronic filing system, **on or before May 5, 2023**. A failure to file with the Court and/or serve Petitioner's attorneys on or before May 5, 2023, may subject any such claim to default and bar.

Any claimant desiring to contest either Petitioner's right to exoneration, or Petitioner's limitation of liability shall file with the Court and serve on the above attorneys for Petitioner an Answer to Petitioner's Complaint on or before May 5, 2023, unless the claim has included an answer, as required by Supplemental Rule (F)(5) of the Federal Rules of Civil Procedure.

**IT IS SO ORDERED.**

DATED: March 28, 2023

_____
JOHN A. HOUSTON
UNITED STATES DISTRICT JUDGE